# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**THURSTLE MULLEN, Individually**                                    **PLAINTIFF**

**V.**                     **3:16CV00136 JM**

**THE CITY OF JONESBORO, ARKANSAS, et al,**               **DEFENDANTS**

## ORDER OF DISMISSAL

Pursuant to the Joint Motion to Dismiss Without Prejudice, this action is dismissed without prejudice as to all Defendants.

IT IS THEREFORE ORDERED that this action is dismissed. The Clerk is directed to close the case.

Dated this 9th day of June, 2016.

_____
James M. Moody Jr.
United States District Judge